**07 CRIM 979**

REQUEST FOR COURT ACTION / DIRECTION

TO:    **JIM MOLINELLI**
        Docket Clerk

OFFENSE: Possession of Firearm by a Convicted Felon (18 usc 922 (g)), Engage in Misbehavior in the Presence of the Court and thereby did Obstruct the Administration of Justice (18 usc 104 (1))

ORIGINAL SENTENCE: Seventy (70) Months: Seventy (70) Months, to run concurrently with sentence imposed in 1:99cr77-1

FROM:    Claudell Brehon
        U.S. Probation Officer

SPEC. CONDITIONS:  NONE

AUSA: To be Assigned

RE:    Antwyne Lucas
      Docket # 1:99CR00077-001

USDC
DC
...
DO...
...    OCT 2 9 2007

DATE OF SENTENCE:  February 20, 2001

DATE:  October 16, 2007

ATTACHMENTS:  PSI    JUDGMENT X    PREVIOUS REPORTS
              VIOLATION  PETITION

REQUEST FOR:    WARRANT____    SUMMON ____    COURT DIRECTION ___

---

## ASSIGNMENT FOR TRANSFER OF JURISDICTION

On February 20, 2007, the above-mentioned individual was sentenced in the Western District of North Carolina, by the Honorable Graham C. Mullen, U.S. District Judge, to the above referenced offense.

On October 12, 2007, we received a letter from the Western District of North Carolina, advising that the Honorable Graham C. Mullen, U.S. District Judge, had signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Lucas' transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of Transfer of Jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

LUCAS, ANTWYNE                                                    47087/CB


- 2 -


Your assistance in this matter is greatly appreciated.  Should you have any questions or concerns, please contact the undersigned officer.


Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By:        _Claudell Brehon_

Claudell Brehon
U.S. Probation Officer
212-805-0065


Approved By:   _____

SUSPO                                 Date:
Timothy Murphy